| PROB 22 (Rev. 04/17) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 4:10CR00259-1 JCH |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 2:22-04060-01-CR-C-BCW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: John D. Farnell 1007 Greystone Court Fulton, Missouri 65251 | DISTRICT Eastern District of Missouri | DIVISION Eastern Division St. Louis, MO |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Jean C. Hamilton Senior United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM January 20, 2022 | TO January 19, 2027 |

**OFFENSE**

Counts 1, 2, 3: Bank Robbery
Count 4: Possession of a Firearm in Furtherance of a Crime of Violence

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Eastern District of Missouri"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Missouri upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/29/22                                                    /s/ Jean C. Hamilton
_____            _____
    *Date*                                                         *Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/30/22                                                     /s/ Brian C. Wimes
_____            _____
    *Effective Date*                                       *United States District Judge*